131 A.3d 988

Routha ROUSSAW, Appellant

v.

COMMONWEALTH of Pennsylvania, Appellee.

Supreme Court of Pennsylvania.

Feb. 16, 2016.

Routha Roussaw, Dallas, pro se.

Timothy Paul Keating, Howard Greeley Hopkirk, Kenneth Lawson Joel, Pennsylvania Office of Attorney General, Harrisburg, for Commonwealth of Pennsylvania.

## *ORDER*

PER CURIAM.

AND NOW, this 16th day of February, 2016, the Order of the Commonwealth Court is **AFFIRMED.**

Justice EAKIN did not participate in the consideration or decision of this case.